■ In the Matter of CHARLES G. SIGNORELLI, Respondent, v HERBERT J. FEUER et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN L. HICKS, Appellant.—In a proceeding to validate petitions designating petitioner as a candidate in the election to be held on May 3, 1977, for the public position of Member of the New York City Community School Board, District 32, the appeal is from a judgment of the Supreme Court, Kings County, dated April 16, 1977, which, after a hearing, granted the application and directed the board of elections to place petitioner's name upon the appropriate ballot. Judgment reversed, on the law and facts, without costs or disbursements, and proceeding remanded to Special Term for further proceedings in accordance herewith. We remand for a further hearing at which two of the subscribing witnesses, Calandra and Lanza, shall be produced and examined. It was error for Special Term to rule on the validity of the signatures without their testimony, since they had been subpoenaed by appellant (see *Matter of Haas v Costigan,* 14 AD2d 809, affd 10 NY2d 889). Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.

### (April 25, 1977)

■ DONALD E. AXINN, Respondent, v UNION DIME SAVINGS BANK, Appellant.—In an action, *inter alia,* to recover expenses incurred in connection with a joint venture agreement and several leases, defendant appeals from a judgment of the Supreme Court, Nassau County, entered June 7, 1976, which is in favor of plaintiff-respondent and against it, after a nonjury trial. Judgment affirmed, with costs. The record amply supports the determination of the trial court that the letter agreement dated May 6, 1974 clearly and unambiguously provided for payment of the expenses sought. Cohalan, Acting P. J., Hawkins, Mollen and O'Connor, JJ., concur.